was not aware inmate was at risk to be assaulted by other inmate); *Brockinton v. City of Sherwood*, 503 F.3d 667, 674 (8th Cir.2007) (suit against governmental actor in official capacity is treated as suit against governmental entity itself; because governmental entity cannot be held vicariously liable under § 1983 for its agents' acts, plaintiff must identify governmental policy or custom that caused plaintiff's injury to recover from governmental entity under § 1983). Accordingly, we affirm. *See* 8th Cir. R. 47B.

PER CURIAM.

Federal inmate Rudolph George Stanko appeals the district court's[1] denial of his petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241. Upon de novo review, *see Mitchell v. U.S. Parole Comm'n*, 538 F.3d 948, 951 (8th Cir.2008) (per curiam), we conclude that habeas relief was properly denied. Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

**Rudolph George STANKO, Appellant,**

v.

**Warden M. CRUZ, Local Director/Warden; Michael K. Nalley, Regional Director; Harley Lappin, Director, Appellees.**

No. 09–1132.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 12, 2010.

Filed: Jan. 21, 2010.

Rudolph George Stanko, White Deer, PA, pro se.

Tricia Annette Tingle, U.S. Attorney's Office, Minneapolis, MN, for Appellees.

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

**UNITED STATES of America, Appellee,**

v.

**Mustafa ABDULLAH, Appellant.**

No. 09–2178.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 14, 2009.

Filed: Jan. 22, 2010.

Laine Cardarella, Asst. Fed. Public Defender, Kansas City, MO, for appellant.

Lajuana M. Counts, Asst. U.S. Atty., Kansas City, MO (Matt J. Whitworth, Acting U.S. Atty., on the brief), for appellee.

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.